### (November 20, 1969)

■ DAVID H. BERMAN, as Assignee for the Benefit of Creditors of Carteret Business Forms & Printing Corp., Assignor, Respondent-Appellant, v. MORRIS SCHWARTZ, Doing Business as PRINTCRAFT REPRESENTATIVES, and Doing Business as MORRIS SCHWARTZ & Co., Appellant-Respondent.— Order entered January 6, 1969, and judgment entered January 13, 1969, unanimously affirmed on the opinion of Special Term, and plaintiff-respondent-appellant to recover of defendant-appellant-respondent $50 costs of this appeal. No opinion. Concur — Eager, J. P., Capozzoli, McGivern, Nunez and Steuer, JJ. [59 Misc 2d 184.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO REYES, Appellant.— Judgment of conviction rendered May 24, 1968, certifying defendant to the custody of the Narcotic Addiction Control Commission, reversed, on the law, and the case remanded to the Supreme Court, Bronx County, for repleading. There was not an intelligent waiver of right to trial by jury on the question of defendant's addiction to narcotics; indeed, defendant was not informed at all of this then generally unrecognized right when, after his plea of guilty, he admitted addiction, and the clerk's warning was therefore insufficient (see *People* v. *Fuller*, 24 N Y 2d 292; *People* v. *Donaldson*, 25 N Y 2d 38). Concur — Capozzoli, J. P., Tilzer, Markewich, Nunez and McNally, JJ.